IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                     No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Scheduling Order Deadlines* (the "Motion"), (Doc. 53), filed November 11, 2021. In the Motion, the parties request an extension of the certain pretrial deadlines because "new counsel have recently entered appearances for both Plaintiff and VitalCore Defendants" and "County Defendants' counsel were recently engaged in trial preparations on another complicated matter, which consumed defense counsel's time and attention." *Id.* at 1. As such, the parties request a 60-day extension of certain pretrial deadlines set forth in the Court's *Scheduling Order*, (Doc. 32). The Court, having reviewed the Motion and noting it is stipulated, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders listed above shall be modified as follows:

1. Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **January 31, 2022**;

2. Defendant's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **March**

**16, 2022**;

3. Discovery shall close on **April 18, 2022**;

4. Motions relating to discovery shall be filed with the Court and served on the opposing party by **May 9, 2022**;

5. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **May 20, 2022**;

6. Plaintiff's proposed Pretrial Order to Defendants due by **July 5, 2022**, and Defendants proposed Pretrial Order due to the Court by **July 19, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 32), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE