IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                         No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER EXTENDING MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Plaintiff's Deadline to File Motion to Compel* (the "Motion"), (Doc. 66), filed November 30, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **January 21, 2022**, to file a motion to compel discovery responses by Defendant Vital Health Strategies, LLC to Plaintiff's First Set of Interrogatories and Requests for Production.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE