## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                     No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

### ORDER SETTING TELEPHONIC DISCOVERY HEARING

**THIS MATTER** is before the Court upon counsel's request via email that the Court set this matter for a discovery hearing on the record. **IT IS THEREFORE ORDERED** that a telephonic discovery hearing shall be held on **Tuesday, January 4, 2022, at 11:00 a.m. MST**. The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE