IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                                                        No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER ON DEFENDANT VITAL CORE HEALTH STRATEGIES, LLC'S DISCOVERY RESPONSES

**THIS MATTER** is before the Court upon the Informal Discovery Hearing held on January 4, 2022, concerning the assertion of privilege by Defendant Vital Core Health Strategies, LLC ("VitalCore") over certain requested documents, pursuant to New Mexico's Review Organization Immunity Act.

**IT IS HEREBY ORDERED** that Vital Core must disclose Vital Core's Mortality Review Report, and that any continued dispute over the admissibility of the documents would more properly be raised in the lead up to trial.

**IT IS FURTHER ORDERED** that Defendant Vital Core shall disclose the Mortality Review Report Listed on Vital Core's Privilege Log, by **January 11, 2022**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Electronically submitted /s/ Michael E. Kaemper*
Michael E. Kaemper
Shannon Sherrell
Patrick Coronel
PO Box 1888
Albuquerque, NM 87103
Tel: (505) 765-5900
Email: mkaemper@rodey.com
ssherrell@rodey.com
pcoronel@rodey.com

By: *Electronically Approved on January 7, 2022*
Matthew E. Coyte
Coyte Law, P.C.
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
Telephone: (505) 244-3030
Email: mcoyte@me.com

Steven Robert Allen
New Mexico Prison and Jail Project
3800 Osuna Road NE, Ste. 2
Albuquerque, NM 87109
Telephone: (505) 515-0939
steve@nmpjp.org


By: *Electronically Approved on January 7, 2022*
Brian Griesmeyer
Frank T. Apodaca
SaucedoChavez, P.C.
800 Lomas Blvd NW Suite 200
Albuquerque, NM 87102
(505) 338-3945
Email: bgriesmeyer@saucedochavez.com


By: *Electronically Signed /s/ Shannon M. Sherrell*
Mike Kaemper
Shannon Sherrell
Patrick A. Coronel
Post Office Box 1888
Albuquerque, New Mexico  87103
T:  (505) 765-5900

F:  (505) 768-7395
E: mkaemper@rodey.com
E: ssherrell@rodey.com
E: pcoronel@rodey.com
*Attorneys for Defendant VitalCore Health Strategies, LLC*