IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                   No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER EXTENDING DISCOVERY

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Scheduling Order Deadlines* (the "Motion"), (Doc. 77), filed January 11, 2021. In the Motion, the parties explain that despite their diligent efforts with discovery and "[d]ue to the number of parties and counsel involved, the complexity of the factual issues, and the number of fact and expert witnesses that still need to be deposed," the parties require a sixty-day extension of the discovery deadlines. *Id.* at 1. As such, the parties ask that discovery be extended to January 31, 2022. *Id.* The Court, having reviewed the Motion, noting it is stipulated and that it will not affect any of the other case deadlines, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 32), and *Order Granting Stipulated Motion to Extend Discovery*, (Doc. 54), shall be modified as follows:

1. Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **April 1, 2022**;

2. Defendants' Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **May 16, 2022**;

3. Discovery shall close on **June 17, 2022**;

4. Motions relating to discovery shall be filed with the Court and served on the opposing party by **July 8, 2022**;

5. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **July 19, 2022**;

6. Plaintiff's proposed Pretrial Order to Defendants due by **September 6, 2022**, and Defendants proposed Pretrial Order due to the Court by **September 19, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 32), and *Order Granting Stipulated Motion to Extend Discovery*, (Doc. 54), shall remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE