IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                         No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER EXTENDING MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court upon Plaintiff's *Unopposed Motion to Extend Plaintiff's Deadline to File Motion to Compel* (the "Motion"), (Doc. 84), filed January 21, 2022. In the Motion, Plaintiff requests an extension of the deadline to file a motion to compel responses to its Second Set of Requests for Production propounded on Defendant Vital Core Health Strategies, LLC, explaining that the parties are attempting to resolve their dispute without motion practice. *Id.* at 2-3. The Court, having reviewed the Motion and noting it is stipulated, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Plaintiff to file a motion to compel Defendant Vital Core Health Strategies, LLC's responses to Plaintiff's Second Set of Requests for Production shall be extended to **February 11, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE