IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                              No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court upon the *Unopposed Motion for Stay Pending Resolution of Motion for Summary Judgment (Doc. 99)* (the "Motion"), (Doc. 103), filed March 10, 2022, by Defendants Hidalgo County Board of Commissioners, Dolly Ward, Christina Talavera, Ty Hendrix, and Felix Jimenez (the "County Defendants"). In the Motion, County Defendants explain that their *Motion for Summary Judgment*, (Doc. 99), raises the defense of qualified immunity, and that "an immediate stay of all discovery proceedings pending decision . . . [is] not only . . . proper, but it is in keeping with the standard policy of the Court." (Doc. 103 at 3). The Motion indicates that Plaintiff does not opposes the Motion, and, in separate non-*ex parte* correspondence, County Defendants indicate that Defendant Vital Core Health Strategies, LLC does not oppose the Motion. *Id.* at 1, n.1. The Court, having considered the Motion and noting it is unopposed, finds good cause to stay discovery in this matter.

**IT IS THEREFORE ORDERED** that all discovery and case deadlines in this matter shall be stayed pending a ruling on County Defendants' *Motion for Summary*

*Judgment*, (Doc. 99).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE