IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE PLACENCIA,
as Personal Representative to the Estate of
ADRIAN PLACENCIA,

      Plaintiff,

v.                                                               No. CV 21-187 MV/CG

HIDALGO COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Deadline to Submit Closing Documents*, (the "Motion"), (Doc. 108), filed May 13, 2022. In the Motion, the parties explain that "[d]ue to the number of parties and counsel involved, the complexity of the issues, and the number of persons authorized to effect the settlement agreement between the parties, additional time for the preparation and execution of the required settlement documents and submission of closing documents is necessary." *Id.* at 1-2. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **June 20, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE